## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

BERNARD JUAN BEAMER,         )
)
      Petitioner,       )      Civil Action No. 26-cv-441
)
      v.       )      Magistrate Judge Maureen P. Kelly
)
MS. BOBBIE JO SALAMON; *and*   )
PENNSYLVANIA BOARD OF     )
PROBATION AND PAROLE,     )
)
      Respondents.    )
)
)

## MEMORANDUM ORDER

Petitioner Bernard Juan Beamer ("Petitioner") is a state prisoner currently incarcerated at the State Correctional Institution at Smithfield ("SCI-Smithfield") in Huntingdon, Pennsylvania. He filed a self-styled "Petitioner Under 28 U.S.C. § 2241 for a Writ of Habeas Corpus by a Person in Federal Custody" (the "Petition") on March 17, 2026. Despite the title of the form used by Petitioner, it is clear that he seeks federal habeas relief from a decision of the Pennsylvania Parole Board (the "Board") implicating Petitioner's current state custody. Thus, Petitioner's cause of action arises under 28 U.S.C. § 2254.

Petitioner alleges that the Board is located in Harrisburg, Pennsylvania. ECF No. 1 at 1. Both Huntingdon and Harrisburg are located within the confines of the Middle District of Pennsylvania. 28 U.S.C. § 118(b). Petitioner does not attack his underlying conviction although that appears also to have occurred within the confines of the Middle District. ECF No. 1 at 3.

1

Because the location of Petitioner's confinement and the Respondents are located in the Middle District of Pennsylvania, this case will be transferred to that judicial district. See, e.g., Williams v. Pennsylvania Bd. of Prob. & Parole, No. 16-868, 2016 WL 3406241, at *1 (M.D. Pa. June 15, 2016).

AND NOW, this _19th_ day of March, 2026, IT IS HEREBY ORDERED that the Clerk's Office is directed to transfer this case to the United States District Court for the Middle District of Pennsylvania.

In accordance with the Magistrate Judges Act, 28 U.S.C. § 636(b)(1), and Rule 72.C.2 of the Local Rules of Court, the parties are allowed fourteen (14) days from the date of this Order to file an appeal to the District Judge which includes the basis for objection to this Order. Any appeal is to be submitted to the Clerk of Court, United States District Court, 700 Grant Street, Room 3110, Pittsburgh, PA 15219. Failure to file a timely appeal will constitute a waiver of any appellate rights.

BY THE COURT,

MAUREEN P. KELLY
UNITED STATES MAGISTRATE JUDGE

cc:     BERNARD JUAN BEAMER
        DJ2011
        SCI SMITHFIELD
        1120 Pike Street
        Huntingdon, PA 16652

2